IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SUSAN STUMP, | ) Case No. 1:17CV1836 |
| Plaintiff, | ) |
| v. | ) MAGISTRATE JUDGE DAVID A. RUIZ |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) MEMORANDUM |
| | ) <u>AND ORDER</u> |

Plaintiff Susan Stump and defendant Commissioner of Social Security have jointly stipulated to a sentence four remand under 42 U.S.C. § 405(g) terminating this case. Stump challenged the final decision of the Commissioner of Social Security denying Plaintiff's application for a Period of Disability and Disability Insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§416(i) and 423, and Supplemental Security Income benefits under Title XVI of the Social Security Act, 42 U.S.C. §1381 *et seq.* (R. 1). Stump asserted that the decision of the Administrative Law Judge ("ALJ") was not supported by substantial evidence.

On November 7, 2017, Stump and the defendant consented to the exercise of jurisdiction by a United States Magistrate Judge to govern these proceedings. (R. 12.) On March 14, 2018, the parties filed a joint stipulation for remand pursuant to the fourth sentence of 42 U.S.C. § 405(g). (R. 16). The parties request this court to

remand the instant case to the Commissioner for further proceedings.  The court hereby GRANTS the parties' joint request for remand.

**IT IS SO ORDERED**.

                                          */s David A. Ruiz*
                                          DAVID A. RUIZ
                                          U.S. MAGISTRATE JUDGE

Date: March 26, 2018